# United States District Court
# District of Massachusetts

| | |
|---|---|
| DARRYL DOWDELL,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES,<br>    Respondent. | Civil No.<br>10-11806-NMG |

**ORDER**

**GORTON, J.**

This action arises from petitioner's motion to vacate his sentence, brought pursuant to 28 U.S.C. § 2255.

On April 13, 2012, this Court issued a Memorandum & Order in which it dismissed Grounds One and Two of the motion to vacate, pursuant to Rule 4(b) of The Rules Governing Section 2255 Proceedings ("Rule 4(b)"), and retained under advisement Ground Three, the sole remaining potential basis for relief. With respect to Ground Three, the Court directed Attorney Kevin Barron to submit an affidavit addressing petitioner's allegation that Attorney Barron coerced him into forgoing his right to testify at trial. Having received and reviewed the attorney's affidavit and having found that it contradicts petitioner's version of events, which is uncorroborated and implausible, the Court will dismiss Ground Three without an evidentiary hearing in accordance with Rule 4(b).

In light of the foregoing, Dowdell's § 2255 petition (Docket No. 1) is **DISMISSED** and, finding no colorable basis for appeal, a certificate of appealability is **DENIED** as to all grounds.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated April 26, 2012